JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>    Plaintiff,<br><br>  vs.<br><br>MING YU CHEN; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:22-cv-02633 RGK (JCx)<br>Assigned to Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION [13] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until August 06, 2022 for Plaintiff to dismiss the entire action with prejudice.

SO ORDERED.

DATED: __7/8/2022__         _____/s/ Gary Klausner_____
                                                    United States District Court Judge

1
[PROPOSED] ORDER